# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARQUISE MILLER, DEKOVEN RIGGINS, RICHARD OSEI, and CHAD TYLER, and CDMR, LLC, an Oklahoma Limited Liability Company, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | Case No. CIV-22-185-F |
| FIRST UNITED BANK AND TRUST COMPANY, an Oklahoma Banking Corporation, d/b/a First United Bank, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

On November 18, 2022, the court entered an order (doc. no. 37) directing plaintiff CDMR, LLC to secure an entry of appearance by new counsel on or before December 19, 2022.  The court advised plaintiff that failure to do so may result in an order from the court as is just, which may include dismissal without prejudice of plaintiff CDMR, LLC's action.

To date, plaintiff CDMR, LLC has not secured an entry of appearance by new counsel.  Because plaintiff CDMR, LLC has not complied with the court's order, the court finds that plaintiff CDMR, LLC's action against defendant First United Bank and Trust Company, an Oklahoma Banking Corporation, d/b/a First United Bank should be dismissed without prejudice pursuant to Rule 41(b), Fed. R. Civ. P.

Accordingly, plaintiff, CDMR, LLC's amended complaint and action against defendant First United Bank and Trust Company, an Oklahoma Banking Corporation, d/b/a First United Bank is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P.

In light of the court's ruling, Defendant's Motion to Compel (doc. no. 33) is **DENIED** as **MOOT**.

DATED this 27th day of December, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0185p009.docx

2